UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Terry William Schwanke,

       Plaintiff,

                                      ORDER ADOPTING
v.                              REPORT AND RECOMMENDATION

Massachusetts Department of
Transitional Assistance,

       Defendant.                            Civ. No. 10-4546 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

     1.     Plaintiff's application to proceed <u>in forma pauperis</u>, (Docket No. 2), os DENIED;

     2.     This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).


DATED: 1/4/11                                    s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                  United States District Court